# 23-_____

# United States Court of Appeals
# For the Second Circuit

---

ASCENT PHARMACEUTICALS, INC.,

*Petitioner,*

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION

*Respondent,*

---

On Petition for Review of an Order of the U.S. Drug Enforcement Administration

---

## PETITION FOR REVIEW

JIM WALDEN
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030

*Attorneys for Petitioner Ascent Pharmaceuticals, Inc.*

October 3, 2023

Ascent Pharmaceuticals, Inc. ("Ascent"), a pharmaceutical manufacturer, hereby petitions this Court for review of the final decision of the United States Drug Enforcement Administration ("DEA"), issued on September 29, 2023, denying Ascent's quota applications for the 2023 Calendar Year for authorization to procure and use controlled substances for the purposes of manufacturing into dosage form (the "Quota Applications"). The relief sought is urgent, as DEA's decision prevents Ascent from manufacturing generic forms of ADHD medications at a time of a national scarcity crisis, where U.S. patients (mostly children) are a billion dosage units short.

Jurisdiction is proper under 21 U.S.C. § 877 because DEA's denial of the Quota Applications is a final decision. Venue is proper under 21 U.S.C. § 877 because Ascent has its principal place of business in Central Islip, New York. This petition is timely under 21 U.S.C. § 877 because it is filed within 30 days after notice of DEA's decision.

As a pharmaceutical manufacturer of controlled substances, Ascent is subject to DEA's rules and regulations. Pursuant to statute, drug manufacturers submit yearly applications for procurement quotas for each controlled substance for the following year. *See* 21 C.F.R. § 1303.12(b). DEA must respond to qualified applicants on or before July 1 of the year of the application, which assigns quotas for the following year. *See* 21 C.F.R. § 1303.12(c).

In mid-2022, Ascent submitted the Quota Applications seeking quotas to procure raw material for 11 controlled substances. DEA failed to respond for over a year. On September 29, 2023, DEA denied the applications. Without obtaining a quota from DEA, Ascent cannot manufacture controlled substances, and its business will be forced to close.

Ascent seeks review of the final decision on the grounds that it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, pursuant to Administrative Procedure Act, 5 U.S.C. § 701 *et seq.* Accordingly, Ascent respectfully requests that this Court compel DEA to approve the Quota Applications.

Dated: October 3, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jim Walden*
　　　　　　　　　　　　　　　　　　　　　　Jim Walden
　　　　　　　　　　　　　　　　　　　　　　WALDEN MACHT & HARAN LLP
　　　　　　　　　　　　　　　　　　　　　　250 Vesey Street, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10281
　　　　　　　　　　　　　　　　　　　　　　(212) 335-2030
　　　　　　　　　　　　　　　　　　　　　　jwalden@wmhlaw.com

*Counsel for Petitioner Ascent Pharmaceuticals, Inc*

2

## **CORPORATE DISCLOSURE STATEMENT**

Petitioner Ascent Pharmaceuticals, Inc. ("Ascent") is incorporated in New York, and is headquartered in Central Islip, New York. Its principal office is located at 400 South Technology Drive, Central Islip, New York 11722. Ascent's parent company is Hetero Labs, Ltd. No publicly-held corporation owns 10% or more interest in Ascent.

Dated: New York, NY
October 3, 2023

/s/　　*Jim Walden*
　　　　Jim Walden

## CERTIFICATE OF SERVICE

Jim Walden, an attorney at Walden Macht & Haran LLP, hereby certifies that on October 3, 2023, the foregoing Petition was served with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: New York, NY
　　　　October 3, 2023

　　　　　　　　　　　　　　　　　　/s/　　　　*Jim Walden*
　　　　　　　　　　　　　　　　　　　　　　Jim Walden