

**U. S. Department of Justice**
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

Ascent Pharmaceuticals, Inc.
400 South Technology Drive
Central Islip, New York 11722

Attn: Mr. Venkatasubramanian Jayaraman

Dear Registrant:

This letter is in response to your application(s) to the Drug Enforcement Administration (DEA) for 2023 procurement quota(s) for DEA registration number RA0448503.

After considering all of the information provided in your application(s), DEA **DENIES** your request for quota. DEA establishes your 2023 procurement quota(s), in kilograms (kg) of anhydrous base, as follows:

| DEA Drug Code No. | Name of Drug/Chemical | Quantity in kg |
|---|---|---|
| 1100 | d,l-amphetamine | **DENIED** |
| 1100 | d-amphetamine (for sale) | **DENIED** |
| 7370 | delta-9-tetrahydrocannabinol | **DENIED** |
| 1724 | dexmethylphenidate (for sale) | **DENIED** |
| 9193 | hydrocodone (for sale) | **DENIED** |
| 9150 | hydromorphone | **DENIED** |
| 1205 | lisdexamfetamine | **DENIED** |
| 9250 | methadone | **DENIED** |
| 1724 | methylphenidate (for sale) | **DENIED** |
| 9143 | oxycodone (for sale) | **DENIED** |
| 9652 | oxymorphone (for sale) | **DENIED** |

In considering Ascent's requests for quota, DEA's Diversion Control Division received records pursuant to DEA's authority under 21 CFR 1303.12(b) to request additional information that "may be helpful in detecting or preventing diversion." After reviewing these records, DEA lacks confidence in the data provided by Ascent in its quota requests, a relevant "other factor" in reaching quota determinations pursuant to 21 U.S.C. 826(c).

You are reminded that schedule I and II controlled substances and certain list I chemicals (phenylpropanolamine, pseudoephedrine, and ephedrine) may only be acquired to the extent authorized by the procurement quota(s) issued to your DEA registration in 2023.

Ascent Pharmaceuticals, Inc. Page 2

If you have questions regarding this correspondence, please submit an email to U.N. Reporting and Quota Section, Diversion Control Division at DEAQuotas@dea.gov .

Sincerely,

MATTHEW STRAIT
Digitally signed by MATTHEW STRAIT
Date: 2023.09.29 15:49:53 -04'00'

Matthew J. Strait
Deputy Assistant Administrator
Office of Diversion Control Policy
DEA Diversion Control Division