# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## AGENCY APPEAL PRE-ARGUMENT STATEMENT (FORM C-A)

☐ APPLICATION FOR ENFORCEMENT      ☑ PETITION FOR REVIEW

1. SEE NOTICE ON REVERSE.      2. PLEASE TYPE OR PRINT.      3. STAPLE ALL ADDITIONAL PAGES.

| CAPTION: | AGENCY NAME: U.S. Drug Enforcement Administration | AGENCY NO.: Agency Code: 15 |
|---|---|---|
| Ascent Pharmaceuticals, Inc. v. United States Drug Enforcement Administration | DATE THE ORDER UPON WHICH REVIEW OR ENFORCEMENT IS SOUGHT WAS ENTERED BELOW: September 29, 2023 | ALIEN NO : (Immigration Only) |
| | DATE THE PETITION OR APPLICATION WAS FILED: between 4/7/22 and 5/25/22 | Is this a cross-petition for review / cross-application for enforcement? ☐ YES ☑ NO |

| Contact Information for Petitioner(s) Attorney: | Counsel's Name: Jim Walden | Address: 250 Vesey Street, 27th Floor New York, New York 10281 | Telephone No.: (212) 335-2031 | Fax No.: (212) 335-2040 | E-mail: jwalden@wmhlaw.com |
|---|---|---|---|---|---|
| Contact Information for Respondent(s) Attorney: | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |

| JURISDICTION OF THE COURT OF APPEALS (provide U.S.C. title and section): 21 U.S.C. § 877 | APPROX. NUMBER OF PAGES IN THE RECORD: N/A | APPROX. NUMBER OF EXHIBITS IN THE RECORD: N/A | Has this matter been before this Circuit previously? ☐ Yes ☑ No<br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:     Reporter Citation: (*i.e.*, F.3d or Fed. App.) |

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; AND (3) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS PETITION FOR REVIEW OR APPLICATION FOR ENFORCEMENT.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM: (1) THE RELIEF REQUESTED; (2) A LIST OF THE PROPOSED ISSUES; AND (3) THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A: STANDING AND VENUE

| STANDING | VENUE |
|---|---|
| PETITIONER / APPLICANT IS:<br>☐ AGENCY     ☑ OTHER PARTY<br>☐ NON-PARTY (SPECIFY STANDING): | COUNSEL MUST PROVIDE IN THE SPACE BELOW THE FACTS OR CIRCUMSTANCES UPON WHICH VENUE IS BASED:<br>Ascent has its principal place of business in Central Islip, New York which is in the jurisdiction of the 2d Circuit. |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

| PART B: NATURE OF ORDER UPON WHICH REVIEW OR ENFORCEMENT IS SOUGHT |
| --- |
| (Check as many as apply) |

**TYPE OF CASE:**

| | | | |
|---|---|---|---|
| X | ADMINISTRATIVE REGULATION/ RULEMAKING | | IMMIGRATION-includes denial of an asylum claim |
| | BENEFITS REVIEW | | IMMIGRATION-does NOT include denial of an asylum claim |
| | UNFAIR LABOR | | TARIFFS |
| | HEALTH & SAFETY | | OTHER: |
| | COMMERCE | | (SPECIFY) |
| | ENERGY | | |

1. Is any matter relative to this petition or application still pending below?  ☐ Yes, specify: _____  ✓ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A)  Arises from substantially the same case or controversy as this petition or application?    ☐ Yes    ✓ No
   (B)  Involves an issue that is substantially similar or related to an issue in this petition or application?    ☐ Yes    ✓ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Petitioner or Applicant:

| Date: | Signature of Counsel of Record: |
|---|---|
| 10/4/2023 | /s/ Jim Walden |

# NOTICE TO COUNSEL

**Once you have filed your Petition for Review or Application for Enforcement, you have only 14 days in which to complete the following important steps:**

1. Complete this Agency Appeal Pre-Argument Statement (Form C-A); serve it upon your adversary, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. Pay the $500 docketing fee to the Clerk of the Second Circuit, unless you are authorized to prosecute the appeal without payment.

   **PLEASE NOTE:   IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 CALENDAR DAYS, YOUR PETITION FOR REVIEW OR APPLICATION FOR ENFORCEMENT WILL BE DISMISSED.**  *SEE* LOCAL RULE 12.1.

## ADDENDUM A

Petitioner Ascent Pharmaceuticals, Inc. ("Ascent"), a generic drug wholesale manufacturer incorporated in New York, seeks the Court's intervention to avert a shutdown of its company caused by the Drug Enforcement Administration's ("DEA") decision to deny Ascent's applications for procurement quotas for the 2023 Calendar Year.

As a manufacturer of controlled substances, Ascent is required to register with DEA and maintain strict accounting for all distributions of Schedule I and II drugs. To obtain the raw material required to manufacture controlled substances in dosage form, Ascent must submit yearly procurement quota applications to the Drug Enforcement Administration ("DEA").  In April and May 2022, Ascent submitted eleven procurement applications seeking quotas, which would authorize the procurement and use of controlled substances for manufacturing in dose form (the "Quota Applications").

Over the next year and a half, DEA refused to respond to Ascent's quota application, driving the company into financial decline.  Without approval of the requested quotas, Ascent has been unable to purchase the raw material to manufacture controlled substances in dose form.  While the country is in the midst of an acute shortage of ADHD medications,  Ascent—which previously supplied

20% of the market for generic ADHD medications nationwide—has seen its production come close to a halt.

Starting in May 2022, DEA commenced a series of audits of Ascent's recordkeeping, with which the company has fully cooperated.

On September 27, 2023, Ascent filed suit in the federal district court for the Eastern District of New York seeking to compel DEA, pursuant to 5 U.S.C. § 706(1), to respond to the applications. *See Ascent Pharmaceuticals, Inc. v. U.S. Drug Enforcement Administration*, No. 2:23-cv-07211 (E.D.N.Y. Sep. 27, 2023). The next day, on September 28, 2023, DEA served Ascent with an Order to Show Cause, which sought to rescind Ascent's DEA registrations based on erroneous allegations of recordkeeping violations. The following day, on September 29, DEA issued a decision denying the Quota Applications in their entirety. *See* Exhibit A. Ascent has now withdrawn its complaint in the EDNY, as it has been rendered moot.

Ascent submits this Petition, pursuant to 21 U.S.C. § 877, and an Emergency Motion for Mandatory Preliminary Injunctive Relief, requesting that the Court compel DEA to approve the Quota Applications.

2

# EXHIBIT A



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

Ascent Pharmaceuticals, Inc.
400 South Technology Drive
Central Islip, New York 11722

Attn: Mr. Venkatasubramanian Jayaraman

Dear Registrant:

    This letter is in response to your application(s) to the Drug Enforcement Administration (DEA) for 2023 procurement quota(s) for DEA registration number RA0448503.

    After considering all of the information provided in your application(s), DEA **DENIES** your request for quota. DEA establishes your 2023 procurement quota(s), in kilograms (kg) of anhydrous base, as follows:

| DEA Drug Code No. | Name of Drug/Chemical | Quantity in kg |
|---|---|---|
| 1100 | d,l-amphetamine | **DENIED** |
| 1100 | d-amphetamine (for sale) | **DENIED** |
| 7370 | delta-9-tetrahydrocannabinol | **DENIED** |
| 1724 | dexmethylphenidate (for sale) | **DENIED** |
| 9193 | hydrocodone (for sale) | **DENIED** |
| 9150 | hydromorphone | **DENIED** |
| 1205 | lisdexamfetamine | **DENIED** |
| 9250 | methadone | **DENIED** |
| 1724 | methylphenidate (for sale) | **DENIED** |
| 9143 | oxycodone (for sale) | **DENIED** |
| 9652 | oxymorphone (for sale) | **DENIED** |

In considering Ascent's requests for quota, DEA's Diversion Control Division received records pursuant to DEA's authority under 21 CFR 1303.12(b) to request additional information that "may be helpful in detecting or preventing diversion." After reviewing these records, DEA lacks confidence in the data provided by Ascent in its quota requests, a relevant "other factor" in reaching quota determinations pursuant to 21 U.S.C. 826(c).

    You are reminded that schedule I and II controlled substances and certain list I chemicals (phenylpropanolamine, pseudoephedrine, and ephedrine) may only be acquired to the extent authorized by the procurement quota(s) issued to your DEA registration in 2023.

Ascent Pharmaceuticals, Inc. Page 2

If you have questions regarding this correspondence, please submit an email to U.N. Reporting and Quota Section, Diversion Control Division at DEAQuotas@dea.gov .

Sincerely,

MATTHEW STRAIT
Digitally signed by MATTHEW STRAIT
Date: 2023.09.29 15:49:53 -04'00'

Matthew J. Strait
Deputy Assistant Administrator
Office of Diversion Control Policy
DEA Diversion Control Division

# ADDENDUM B

A. **Relief Requested**

Petitioner Ascent Pharmaceuticals, Inc. ("Ascent") requests that the Court compel the U.S. Drug Enforcement Administration ("DEA") to approve Ascent's procurement quota applications (the "Quota Applications"), submitted for the 2023 Calendar Year.

B. **Proposed Issue**

The issue is whether DEA's decision to deny Ascent's Quota Applications was unlawful because it was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

C. **Standard of Review**

Pursuant to 5 U.S.C. § 706(2)(A), the Court must set aside an agency action it finds to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." *See Visels Drug Store, Inc. v. Drug Enf't Agency*, 593 F. App'x 12, 13–14 (2d Cir. 2014) ("[T]he Administrative Procedure Act . . . provides the appropriate default standard.").