**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: November 9, 2023
Docket #: 23-7246
Short Title: Ascent Pharmaceuticals, Inc. v. United States Drug Enforcement Administration

DC Docket #: RA0448503
DC Court: Department of Justice
DC Judge:

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for an injunction filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, November 14, 2023 at 10:00 a.m. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.