

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

November 13, 2023

<u>Via ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: A*scent Pharmaceuticals, Inc. v. United States Drug Enforcement Administration*, Dkt. No. 23-7246

Dear Ms. O'Hagan Wolfe:

  We represent Petitioner Ascent Pharmaceuticals, Inc. ("Ascent") in the above captioned matter. Oral argument on Ascent's Emergency Motion for Mandatory Preliminary Injunctive Relief ("Emergency Motion") is scheduled for Tuesday, November 14, 2023.

  We write, pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, to advise the Court that we identified a case, *Western Fher Labs v. Levi*, 529 F.2d 325 (1st Cir. 1976), in which the Court of Appeals for the First Circuit reviewed a DEA decision concerning procurement and manufacturing quotas for controlled substances. Neither party cited this case in its briefs.

  In *Levi,* a manufacturer challenged DEA's reduction in quotas of phenmetrazine, as arbitrary and lacking a rational basis. *Id.* at 327-28. The Court found substantial evidence supporting the quota reduction because of evidence that phenmetrazine was being diverted in the market. *Id.* at 330-31. The Court held, specifically, "DEA had the obligation, when it found substantial evidence of broad scale diversion, to attempt to achieve a more Spartan pipeline, even though this might cause inconvenience to manufacturer and distributor." *Id.* at 332. *Levi* is procedurally distinguishable, as the case was appealed following an administrative hearing (currently, DEA's administrative process is subject to constitutional challenges under *Axon Enter., Inc. v. Fed. Trade Comm'n*, 598 U.S. 175, 191 (2023), including by Ascent). *See id.* at 328. Here, DEA's quota denial made no findings of diversion or potential diversion. *See* Emergency Motion, Dkt. 8 at 15.

               Sincerely,

               */s/ Jim Walden*

               Jim Walden
               *Attorney for Ascent Pharmaceuticals, Inc.*

cc: All Counsel of Record