DOJ
RA0448503

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-three.

Present:
> Richard C. Wesley,
> Denny Chin,
> Joseph F. Bianco,
> > *Circuit Judges*.

Ascent Pharmaceuticals, Inc.,

>*Petitioner*,

v.                                                                                             23-7246

United States Drug Enforcement Administration,

>*Respondent*.

Petitioner moves for an order, pending appeal, directing Respondent to approve its 2023 procurement quota application. Respondent opposes the motion. Upon due consideration, it is hereby ORDERED that Petitioner's motion is DENIED. It is further ORDERED that this appeal will be EXPEDITED. Appellant shall file its brief within 35 days of the date of this order; Appellee shall file its brief within 35 days of the day Appellant's brief is filed; Appellant's reply, if any, shall be filed within 10 days of the day Appellee's brief is filed.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court