**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 4, 2023
Docket #: 23-7246
Short Title: Ascent Pharmaceuticals, Inc. v. United States Drug Enforcement Administration

Originating Case: RA0448503
Agency: DOJ

## NOTICE OF AGENCY DEFAULT
## IN FILING RECORD ON APPEAL

FRAP 17 requires an agency to file the record with this Court within 40 days after service of the petition for review or filing an application for enforcement.

In the above-referenced case the certified agency record was due November 13, 2023. A written explanation of the default must be submitted to the Court by December 14, 2023, unless the certified record on appeal or stipulation that no record will be filed is submitted by that date.

Inquiries regarding this case may be directed to 212-857-8651.