UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7246

**Caption [use short title]**

**Motion for:** to Amend

**Set forth below precise, complete statement of relief sought:**

Petitioner moves to amend Docket 32 (Reply to Opposition 30) and Docket 33 (Opposition to Motion 31).

Ascent Pharmaceuticals, Inc.

v.

United States Drug Enforcement Administration

**MOVING PARTY:** Ascent Pharmaceuticals, Inc.    **OPPOSING PARTY:** United States Drug Enforcement Administration

☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jim Walden    **OPPOSING ATTORNEY:** Urja Mittal, Mark Stern

*[name of attorney, with firm, address, phone number and e-mail]*

Walden Macht & Haran LLP    U.S. Department of Justice

250 Vesey Street, 27th Floor, New York, NY 10281    950 Pennsylvania Avenue NW, Washington, DC 20530

(212) 335-2031; jwalden@wmhlaw.com    (202) 353-4895; urja.mittal@usdoj.gov

**Court- Judge/ Agency appealed from:** United States Drug Enforcement Administration

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
Jim Walden   *Digitally signed by Jim Walden Date: 2024.01.05 13:03:22 -05'00'*   **Date:** 01/05/2024    **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ASCENT PHARMACEUTICALS, INC.,

        *Petitioner,*

        v.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

        *Respondent.*

No. 23-7246

# DECLARATION OF JIM WALDEN IN SUPPORT OF PETITIONER'S UNOPPOSED MOTION TO AMEND

    JIM WALDEN
    *WALDEN MACHT & HARAN LLP*
    Counsel for Petitioner
    250 Vesey Street, 27th Floor
    New York, NY 10281
    (212) 335-2030

    Dated: January 5, 2024

Jim Walden, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

1. Petitioner Ascent Pharmaceuticals, Inc. ("Ascent") hereby moves to amend its Reply to Respondent's Default-Judgment Opposition and Opposition to Respondent's Clarification/Extension Motions, filed on January 2, 2024 (the "Original Filing"). *See* Dkt. 32-33.

2. As background, on December 17, 2023, Ascent filed a motion for default judgment. *See* Dkt. 29. On December 27, 2023, Respondent Drug Enforcement Administration ("DEA") submitted a combined opposition to the motion for default judgment and motions for clarification and an extension.[1] *See* Dkt. 30-31.

3. Pursuant to Fed. R. App. P. 27(a)(4), the deadline for Ascent to submit a reply in support of its motion for default judgment was January 3, 2024, and, pursuant to Fed. R. App. P. 27(a)(3)(A), the deadline for its opposition to DEA's motions for clarification and extension is January 5, 2024.

4. Given the Court's decision to expedite review (*see* Dkt. 27), on January 2, 2024 Ascent filed a memorandum constituting its reply in support of its motion

---

[1] Although DEA submitted its opposition and motions as one document, it filed the same document as two consecutive docket entries—the first described on ECF as an opposition to Ascent's motion for default judgment (Dkt. 30), and the second as a motion for clarification of the record requirement and an extension (Dkt. 31).

1

for default judgment and its opposition to DEA's motions for clarification and extension, before the applicable deadlines.[2] *See* Dkt. 32-33.

5. On January 3, 2024, Ascent sought to amend the Original Filing and sought guidance from the Clerk's Office concerning the proper procedures for doing so. Ascent was instructed to re-file an amended version and call the Clerk's Office back when it had done so, after which the Clerk would mark the Original Filing (Dkt. 31-32) as "defective." Later that day, Ascent filed an amended Reply to Respondent's Default-Judgment Opposition and Opposition to Respondent's Clarification/Extension Motions (the "Proposed Amended Filing"). *See* Dkt. 34-35.

6. After re-filing, Ascent informed the Clerk's Office of the filing, as instructed, but was directed to speak to the Case Manager assigned to this matter, who was then out of the office and would return on the next day.

7. On January 4, 2024, Ascent called the Case Manager, who directed Ascent to speak to an Administrative Attorney. An Administrative Attorney then informed Ascent that it was required to file a motion to amend for the Court to consider the Proposed Amended Filing. In compliance with these instructions, Ascent submits the instant motion.

---

[2] As DEA did, Ascent filed this same memorandum as two separate docket entries—the first described on ECF as a reply to DEA's opposition (Dkt. 32) and the second as an opposition to DEA's motions (Dkt. 33).

8. The Proposed Amended Filing makes clarifications that will aid the Court in its review of the motions. It corrects a typographical error (Dkt. 32-33 at 2), makes minor clarifications and stylistic changes (*see id.* at 4-6, 9-13), and adds one case citation and explanatory language in a parenthetical to a cited case (*see id.* at 10).

9. Ascent submitted both the Original Filing and the Proposed Amended Filing before Ascent's respective deadlines (January 3 for its reply, and January 5 for its opposition).

10. Pursuant to Local Rule 27.1, I notified counsel for DEA of this motion. Counsel does not oppose the motion.

11. For the foregoing reasons, Ascent respectfully requests that the Court grant Ascent's motion to amend, accept the Proposed Amended Filing, and order that the Original Filing be removed from the docket.

3

Dated: New York, NY  
       January 5, 2024

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

By:   /s/    *Jim Walden*  
Jim Walden  
250 Vesey Street, 27th Floor  
New York, NY 10281  
Tel: (212) 335-2030  
jwalden@wmhlaw.com

*Counsel for Petitioner Ascent Pharmaceuticals, Inc.*

4

## **CERTIFICATE OF COMPLIANCE**

Jim Walden, an attorney of Walden Macht & Haran LLP, hereby certifies that this motion complies with the typeface and volume limitations of Rules 27 and 32 of the Federal Rules of Appellate Procedure because this motion contains 597 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d), and has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font, in accordance with Fed. R. App. P. 32(a)(5)-(6).

Dated:  New York, NY
        January 5, 2024

                                          /s/            *Jim Walden*
                                                          Jim Walden

## CERTIFICATE OF SERVICE

Jim Walden, an attorney at Walden Macht & Haran LLP, hereby certifies that on January 5, 2024, the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: New York, NY
January 5, 2024

/s/    *Jim Walden*
Jim Walden