DOJ
RA0448503

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand twenty-four.

Present:
>Richard C. Wesley,
>Denny Chin,
>Joseph F. Bianco,
>>*Circuit Judges*.

Ascent Pharmaceuticals, Inc.,

>*Petitioner*,

v.                                                                                           23-7246

United States Drug Enforcement Administration,

>*Respondent*.

Petitioner moves for default judgment based on Respondent's failure to file the administrative record within the time provided by Federal Rule of Appellate Procedure 17. Respondent opposes the motion and moves for an extension of time to file the record and for a clarification of its record-filing obligations.

Upon due consideration, it is hereby ORDERED that Petitioner's motion for default judgment (2d Cir. 23-7246, doc. 29) is DENIED. It is further ORDERED that Respondent's motion (2d Cir. 23-7246, doc. 31) is GRANTED and by January 23, 2024, Respondent shall file the materials considered in the process of issuing the initial quota denial letter.

It is further ORDERED that Petitioner may file a brief addressing the record materials by January 30, 2024. Respondent's brief shall be filed by February 13, 2024. Petitioner may file a reply by February 20, 2024.

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court

