# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7246

**Caption [use short title]**

**Motion for:** Extension of Time to File Record

Ascent Pharmaceuticals, Inc. v.

U.S. Drug Enforcement Administration

**Set forth below precise, complete statement of relief sought:**

Respondent requests a three-day extension of time to finalize and file the certified index to record or record pursuant to Federal Rule of Appellate Procedure 17

**MOVING PARTY:** U.S. Drug Enforcement Administration  **OPPOSING PARTY:** Ascent Pharmaceuticals, Inc.

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Urja Mittal  **OPPOSING ATTORNEY:** Jim Walden

*[name of attorney, with firm, address, phone number and e-mail]*

U.S. Department of Justice  Walden Macht & Haran LLP

950 Pennsylvania Avenue NW, Washington, DC 20530  250 Vesey Street, 27th Floor, New York, NY 10281

202-353-4895, urja.mittal@usdoj.gov  212-335-2031, jwalden@wmhlaw.com

**Court- Judge/ Agency appealed from:** U.S. Drug Enforcement Administration

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
Urja Mittal  *Digitally signed by Urja Mittal Date: 2024.01.23 21:16:21 -05'00'*  **Date:** 1/23/24  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# No. 23-7246

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

─────────────

ASCENT PHARMACEUTICALS, INC.,

Petitioner,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,

Respondent.

─────────────

**RESPONDENT'S MOTION FOR EXTENSION OF TIME
TO FILE RECORD**

─────────────

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney
  General*

MARK B. STERN
URJA MITTAL
  *Attorneys, Appellate Staff
  Civil Division, Room 7248
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 353-4895*

Respondent, the Drug Enforcement Administration (DEA), respectfully moves for a three-day extension of time, to and including January 26, 2024, within which to file the certified index to the record or the record pursuant to Federal Rule of Appellate Procedure 17.

1. This petition for review was docketed on October 3, 2023. The following day, petitioner filed an Emergency Motion for Mandatory Preliminary Injunctive Relief. On November 9, 2023, the Court set argument on the motion for November 14, 2023, and after hearing argument, denied petitioner's motion and set a briefing schedule. On December 4, 2023, the Court issued a notice inquiring whether respondent planned to file a record or certified index to the record pursuant to Federal Rule of Appellate Procedure 17 or instead planned not to file a record. On December 17, 2023, petitioner filed a Motion for Default Judgment. DEA opposed petitioner's motion and explained in its response that no administrative record had been prepared by the agency in the ordinary course of the administrative proceedings underlying the petition for review, because the petition for review was premature and administrative proceedings had not yet been completed. As DEA explained, the petition for review seeks review of an initial agency decision that was not the culmination of the administrative process set forth in the Controlled Substances Act, through which DEA registrants like petitioner may challenge the agency's initial quota decisions and obtain a final agency decision for purposes of judicial review. As a

result, no administrative record was immediately available for the agency to file with the Court upon the filing of the petition for review.

Nevertheless, DEA explained that if the Court were to request a record, DEA would require additional time to request and assemble the relevant documents from the relevant personnel within the agency. This process of compiling the record typically takes substantial time and occurs after the petitioner requests an administrative hearing on the agency's initial quota decision before an administrative law judge; it is the administrative law judge who eventually certifies the administrative record for judicial review. That process has not occurred in this case.

2. On the afternoon of January 16, 2024, the Court denied petitioner's Motion for Default Judgment and set the deadline for the record for January 23, 2024. DEA has been working diligently and around the clock to prepare the certified index to the record and the record pursuant to Federal Rule of Appellate Procedure 17. Nevertheless, the government has encountered various technical difficulties in the course of assembling the record, all against the backdrop of the demands of interagency coordination and counsel illness during record preparation. DEA therefore respectfully requests three additional days to finalize the certified index and record. DEA does not oppose an extension of the briefing schedule accordingly and will work diligently to timely file its merits brief. Counsel for DEA has notified counsel for petitioner of this motion.

2

## CONCLUSION

For the foregoing reasons, respondent respectfully requests that the Court grant a three-day extension to January 26, 2024, within which to file the certified index to the record or the record pursuant to Federal Rule of Appellate Procedure 17.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

MARK B. STERN

 *s/ Urja Mittal*
URJA MITTAL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7248*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 353-4895*
  *urja.mittal@usdoj.gov*

January 2024

3

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 526 words. This brief also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Urja Mittal*
URJA MITTAL