UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ASCENT PHARMACEUTICALS, INC.,

        *Petitioner,*

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,

        *Respondent.*

No. 23-7246

**PETITIONER'S RESPONSE TO RESPONDENT'S MOTION FOR EXTENSION**

WALDEN MACHT & HARAN LLP
Counsel for Petitioner
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2030

Dated: January 25, 2024

Petitioner Ascent Pharmaceuticals, Inc. consents to Respondent's request for an extension of time to file the record pursuant to F.R.A.P. 17. *See* Dkt. 39. In its motion, Respondent indicated that it did not oppose a corresponding extension to the briefing schedule. *See id*. at 2.

Therefore, Petitioner respectfully requests this Court revise the briefing schedules as follows: Petitioner's time to file its merits brief will be extended from January 30, 2024 to February 2, 2024. Respondent's response shall be filed by February 16, 2024. Petitioner may file a reply by February 23, 2024.

| | |
|---|---|
| Dated: New York, NY<br>January 25, 2024 | Respectfully submitted,<br><br>**WALDEN MACHT & HARAN LLP**<br><br>By: /s/       *Jim Walden*<br>Jim Walden<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br>Tel: (212) 335-2030<br>jwalden@wmhlaw.com<br><br>*Counsel for Petitioner Ascent Pharmaceuticals, Inc.* |

1

## **CERTIFICATE OF COMPLIANCE**

Jim Walden, an attorney of Walden Macht & Haran LLP, hereby certifies that this response complies with the typeface and volume limitations of Rules 27 and 32 of the Federal Rules of Appellate Procedure because this filing contains 93 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d), and has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font, in accordance with Fed. R. App. P. 32(a)(5)-(6).

Dated: New York, NY
January 25, 2024

/s/     *Jim Walden*
         Jim Walden

## CERTIFICATE OF SERVICE

Jim Walden, an attorney at Walden Macht & Haran LLP, hereby certifies that on January 25, 2024, the foregoing response was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated:  New York, NY
        January 25, 2024

/s/        *Jim Walden*
           Jim Walden