IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ASCENT PHARMACEUTICALS, INC., <br><br> Petitioner <br> v. <br><br> UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, <br><br> Respondent. | Case No. 23-7246 |

CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

In accordance with Federal Rule of Appellate Procedure 17, the undersigned, Matthew J. Strait, Deputy Assistant Administrator, Office of Diversion Control Policy, Drug Enforcement Administration (DEA) Diversion Control Division, certifies the following to be a list of all available documents, exhibits and other materials comprising the administrative record in the matter under review in this case:

| | DESCRIPTION OF DOCUMENT | DATE OF DOCUMENT |
|---|---|---|
| 1 | ARCOS Report – Hydrocodone Non-Recoverable Waste | Undated |
| 2 | ARCOS Report – Hydrocodone Sales | Undated |
| 3 | ARCOS Report – Hydrocodone Recoverable Waste | Undated |
| 4 | ARCOS Report – Oxycodone Non-Recoverable Waste | Undated |
| 5 | Year-End Report for Substances Procured – Amphetamine A | December 31, 2018 |
| 6 | Year-End Report for Substances Procured – Amphetamine B2 | December 31, 2018 |
| 7 | Year-End Report for Substances Procured – Codeine | December 31, 2018 |

| 8 | Year-End Report for Substances Procured – Fentanyl | December 31, 2018 |
|---|---|---|
| 9 | Year-End Report for Substances Procured – Gamma Hydroxybutyric Acid | December 31, 2018 |
| 10 | Year-End Report for Substances Procured – Hydrocodone | December 31, 2018 |
| 11 | Year-End Report for Substances Procured – Hydromorphone | December 31, 2018 |
| 12 | Year-End Report for Substances Procured – Levorphanol | December 31, 2018 |
| 13 | Year-End Report for Substances Procured – Lisdexamfetamine | December 31, 2018 |
| 14 | Year-End Report for Substances Procured – Methadone | December 31, 2018 |
| 15 | Year-End Report for Substances Procured – Methylphenidate | December 31, 2018 |
| 16 | Year-End Report for Substances Procured – Morphine | December 31, 2018 |
| 17 | Year-End Report for Substances Procured – Oxycodone | December 31, 2018 |
| 18 | Year-End Report for Substances Procured – Oxymorphone | December 31, 2018 |
| 19 | Year-End Report for Substances Procured – Pseudoephedrine | December 31, 2018 |
| 20 | Year-End Report for Substances Procured – Tetrahydrocannabinols | December 31, 2018 |
| 21 | Year-End Report for Substances Procured – Amphetamine A | December 31, 2019 |
| 22 | Year-End Report for Substances Procured – Amphetamine B2 | December 31, 2019 |
| 23 | Year-End Report for Substances Procured – Fentanyl | December 31, 2019 |
| 24 | Year-End Report for Substances Procured – Gamma Hydroxybutyric Acid | December 31, 2019 |
| 25 | Year-End Report for Substances Procured – Hydrocodone | December 31, 2019 |
| 26 | Year-End Report for Substances Procured – Hydromorphone | December 31, 2019 |
| 27 | Year-End Report for Substances Procured – Levorphanol | December 31, 2019 |
| 28 | Year-End Report for Substances Procured – Lisdexamfetamine | December 31, 2019 |
| 29 | Year-End Report for Substances Procured – Methadone | December 31, 2019 |

| 30 | Year-End Report for Substances Procured – Methylphenidate | December 31, 2019 |
| --- | --- | --- |
| 31 | Year-End Report for Substances Procured – Oxycodone | December 31, 2019 |
| 32 | Year-End Report for Substances Procured – Oxymorphone | December 31, 2019 |
| 33 | Year-End Report for Substances Procured – Pseudoephedrine | December 31, 2019 |
| 34 | Year-End Report for Substances Procured – Codeine | December 31, 2019 |
| 35 | Year-End Report for Substances Procured – Tapentadol | December 31, 2019 |
| 36 | Year-End Report for Substances Procured – Tetrahydrocannabinols | December 31, 2019 |
| 37 | Year-End Report for Substances Procured – Gamma Hydroxybutyric Acid | December 31, 2020 |
| 38 | Year-End Report for Substances Procured – Methylphenidate | December 31, 2020 |
| 39 | Year-End Report for Substances Procured – Pseudoephedrine | December 31, 2020 |
| 40 | Year-End Report for Substances Procured – Tetrahydrocannabinols | December 31, 2020 |
| 41 | Year-End Report for Substances Procured – Lisdexamfetamine | December 31, 2020 |
| 42 | Year-End Report for Substances Procured – Amphetamine A | December 31, 2020 |
| 43 | Year-End Report for Substances Procured – Hydromorphone | December 31, 2020 |
| 44 | Year-End Report for Substances Procured – Amphetamine B2 | December 31, 2020 |
| 45 | Year-End Report for Substances Procured – Hydrocodone | December 31, 2020 |
| 46 | Year-End Report for Substances Procured – Oxymorphone | December 31, 2020 |
| 47 | Year-End Report for Substances Procured – Levorphanol | December 31, 2020 |
| 48 | Year-End Report for Substances Procured – Methadone | December 31, 2020 |
| 49 | Year-End Report for Substances Procured – Morphine | December 31, 2020 |
| 50 | Year-End Report for Substances Procured – Oxycodone | December 31, 2020 |
| 51 | Year-End Report for Substances Procured – Fentanyl | December 31, 2020 |
| 52 | Year-End Report for Substances Procured – Codeine | December 31, 2020 |

3

| 53 | Year-End Report for Substances Procured – Amphetamine A | December 31, 2021 |
| 54 | Year-End Report for Substances Procured – Amphetamine B2 | December 31, 2021 |
| 55 | Year-End Report for Substances Procured – Codeine | December 31, 2021 |
| 56 | Year-End Report for Substances Procured – Fentanyl | December 31, 2021 |
| 57 | Year-End Report for Substances Procured – Gamma Hydroxybutyric Acid | December 31, 2021 |
| 58 | Year-End Report for Substances Procured – Hydrocodone | December 31, 2021 |
| 59 | Year-End Report for Substances Procured – Hydromorphone | December 31, 2021 |
| 60 | Year-End Report for Substances Procured – Levorphanol | December 31, 2021 |
| 61 | Year-End Report for Substances Procured – Lisdexamfetamine | December 31, 2021 |
| 62 | Year-End Report for Substances Procured – Methadone | December 31, 2021 |
| 63 | Year-End Report for Substances Procured – Methylphenidate | December 31, 2021 |
| 64 | Year-End Report for Substances Procured – Oxymorphone | December 31, 2021 |
| 65 | Year-End Report for Substances Procured – Pseudoephedrine | December 31, 2021 |
| 66 | Year-End Report for Substances Procured – Tapentadol | December 31, 2021 |
| 67 | Year-End Report for Substances Procured – Tetrahydrocannabinols | December 31, 2021 |
| 68 | Year-End Report for Substances Procured – Amphetamine (Inventory List from Ascent) | December 31, 2021 |
| 69 | Year-End Report for Substances Procured – Oxycodone (Inventory List from Ascent) | February 11, 2022 |
| 70 | Ascent Pharmaceuticals Application for Procurement Quota – D, L Amphetamine | February 16, 2022 |
| 71 | Ascent Pharmaceuticals Application for Procurement Quota – D-Amphetamine | February 16, 2022 |
| 72 | ARCOS Report – Ascent and Noramco Oxycodone | February 17, 2022 |
| 73 | DI Registrant Report for Quota Year 2018 | February 17, 2022 |
| 74 | DI Registrant Report for Quota Year 2019 | February 17, 2022 |
| 75 | DI Registrant Report for Quota Year 2020 | February 17, 2022 |
| 76 | DI Registrant Report for Quota Year 2021 | February 17, 2022 |
| 77 | DI Registrant Report for Quota Year 2022 | February 17, 2022 |

| 78 | Ascent Pharmaceuticals Application for Procurement Quota – D-Amphetamine | February 18, 2022 |
| --- | --- | --- |
| 79 | Year-End Report for Substances Procured – Oxycodone | March 4, 2022 |
| 80 | Ascent Pharmaceuticals Application for Procurement Quota – Hydrocodone | March 11, 2022 |
| 81 | Ascent Pharmaceuticals Application for Procurement Quota – Methylphenidate | March 11, 2022 |
| 82 | Excerpt of ARCOS Report – Oxycodone Sales from Distributor to Ascent | March 14, 2022 |
| 83 | Email: DEA-Request for additional supporting information for RA0448503 Request ID 148876 | March 16, 2022 |
| 84 | Ascent Pharmaceuticals Application for Procurement Quota – D-Amphetamine | April 6, 2022 |
| 85 | Ascent Pharmaceuticals Application for Procurement Quota – D, L Amphetamine | April 6, 2022 |
| 86 | Ascent Pharmaceuticals Application for Procurement Quota – D-Amphetamine | April 7, 2022 |
| 87 | Ascent Pharmaceuticals Application for Procurement Quota – D, L Amphetamine | April 7, 2022 |
| 88 | Ascent Pharmaceuticals Application for Procurement Quota – Dexmethylphenidate | April 7, 2022 |
| 89 | Ascent Pharmaceuticals Application for Procurement Quota – D, L Amphetamine – Methadone | April 7, 2022 |
| 90 | Ascent Pharmaceuticals Application for Procurement Quota – D, L Amphetamine – Delta-9-Tetrahydrocannibinol | April 7, 2022 |
| 91 | Ascent Pharmaceuticals Application for Procurement Quota – Hydrocodone | April 7, 2022 |
| 92 | Ascent Pharmaceuticals Application for Procurement Quota – Methylphenidate | April 7, 2022 |
| 93 | Ascent Pharmaceuticals Application for Procurement Quota – Hydromorphone | April 7, 2022 |
| 94 | Ascent Pharmaceuticals Application for Procurement Quota – Oxymorphone | April 7, 2022 |
| 95 | Ascent Pharmaceuticals Application for Procurement Quota – Oxycodone | April 7, 2022 |
| 96 | Ascent Pharmaceuticals Application for Procurement Quota – Lisdexamfetamine | |
| 97 | Oxycodone 2022 Assays (Raw Material Specification & Release Report) Submitted by Ascent Pharmaceuticals | April 15, 2022 |
| 98 | ARCOS Report – Ascent and Noramco Oxycodone | May 10, 2022 |

5

| 99 | Email: Quota Follow Up | May 18, 2022 |
|---|---|---|
| 100 | Ascent Pharmaceuticals Application for Procurement Quota – Dexmethylphenidate | May 25, 2022 |
| 101 | Supporting Documents for Ascent Pharmaceuticals Application for Procurement Quota – D-Amphetamine | Undated |
| 102 | Year-to-Date Hydrocodone Sales Chart Submitted by Ascent Pharmaceuticals | May 25, 2022 |
| 103 | Letter from Michael J. Shea, Red Oak Sourcing to Clayton Smith, Camber Pharmaceuticals, Inc. | May 25, 2022 |
| 104 | Year-to-Date Methylphenidate Sales Chart Submitted by Ascent Pharmaceuticals | May 25, 2022 |
| 105 | Year-to-Date Methylphenidate Sales Chart Submitted by Ascent Pharmaceuticals | Undated |
| 106 | Year-to-Date Hydrocodone Sales Chart Submitted by Ascent Pharmaceuticals | May 26, 2022 |
| 107 | Email: DEA Request for additional information for DEA RA0448503 | May 26, 2022 |
| 108 | Year-to-Date Hydrocodone Sales Chart Submitted by Ascent Pharmaceuticals | May 31, 2022 |
| 109 | Year-to-Date Oxycodone Sales Chart Submitted by Ascent Pharmaceuticals | June 8, 2022 |
| 110 | Year-to-Date Amphetamine Sales Chart Submitted by Ascent Pharmaceuticals | June 8, 2022 |
| 111 | Email: year to date sales and customer list for d and d, l amphetamines and oxycodone | June 9, 2022 |
| 112 | Email: ASCENT | June 21, 2022 |
| 113 | Email: (no subject) | June 27, 2022 |
| 114 | Year-to-Date Hydrocodone Sales Chart Submitted by Ascent Pharmaceuticals | July 28, 2022 |
| 115 | Supporting Documents for Ascent Pharmaceuticals Application for Procurement Quota – Hydrocodone | July 28, 2022 |
| 116 | Supporting Documents for Ascent Pharmaceuticals Application for Procurement Quota – Methylphenidate 2022 Customer List | July 28, 2022 |
| 117 | Supporting Documents for Ascent Pharmaceuticals Application for Procurement Quota – Methylphenidate | July 28, 2022 |
| 118 | Email: Ascent Pharmaceuticals Resignation | July 29, 2022 |
| 119 | Email: API Remaining at Ascent | July 29, 2022 |
| 120 | Email: Quota Request | August 1, 2022 |

| | | |
|---|---|---|
| 121 | Casework Request to Senator Charles Schumer from Sudhakar Vidiyala, Ascent Pharmaceuticals | August 23, 2022 |
| 122 | Email: Pending Quota Approval | August 26, 2022 |
| 123 | Email: Ascent Pharma DEA Quota | August 26, 2022 |
| 124 | Email: Quota | August 30, 2022 |
| 125 | Email: Ascent Requirement | September 2, 2022 |
| 126 | Email: Ascent Requirements- DEA Quota | September 2, 2022 |
| 127 | Letter to Jason Thurman, DEA Chief of Congressional Affairs from Senator Charles E. Schumer | September 6, 2022 |
| 128 | ARCOS Report – Ascent All Drug Purchases through July | September 9, 2022 |
| 129 | Email: Quota | September 13, 2022 |
| 130 | Email: Quota | September 16, 2022 |
| 131 | Email: Ascent's Request for a Status Update on Quotas | September 20, 2022 |
| 132 | Letter to Sudhakar Vidiyala, Ascent Pharmaceuticals from Kristi N. O'Malley, Assistant Administrator, DEA Diversion Control Division | September 20, 2022 |
| 133 | Email: Quota | September 20, 2022 |
| 134 | Email: Quota | September 21, 2022 |
| 135 | Email: Drop box | September 22, 2022 |
| 136 | Letter to Kristi N. O'Malley, Assistant Administrator, DEA Diversion Control Division from Venkatasubramanian Jayaraman, Ascent Pharmaceuticals | September 22, 2022 |
| 137 | Email: Response | September 23, 2022 |
| 138 | Email: DEA Response -Ascent (DEA# RA0448503) Email 2 of 3 | September 23, 2022 |
| 139 | Email: DEA Response -Ascent (DEA# RA0448503) Email 3 of 3 | September 23, 2022 |
| 140 | Email: Ascent pending Quota-2022 (DEA# RA0448503) | September 26, 2022 |
| 141 | Email: DEA Response -Ascent (DEA# RA0448503) Email 1 of 3 part-1 | September 26, 2022 |
| 142 | Email: DEA Response -Ascent (DEA# RA0448503) Email 1 of 3 part-2 | September 26, 2022 |
| 143 | Ascent Sales Summary from January 1, 2022 to September 30, 2022 | September 30, 2022 |
| 144 | Email: Ascent ( DEA# RA0448503) request | October 3, 2022 |

7

| 145 | Email: DEA Request for Additional Information for 2023 application submitted by Ascent Pharmaceuticals RA0448503 | October 27, 2022 |
|---|---|---|
| 146 | Email: DEA Quota | October 28, 2022 |
| 147 | Email: DEA Request for Additional Information for 2023 application submitted by Ascent Pharmaceuticals RA0448503 | October 28, 2022 |
| 148 | Email: DEA Response -Ascent ( DEA# RA0448503) | October 28, 2022 |
| 149 | Email: DEA Response -Ascent ( DEA# RA0448503) | October 29, 2022 |
| 150 | Email: DEA Quota | November 7, 2022 |
| 151 | Letter to Louis J. Milione, DEA Principal Deputy Administrator from Nick Oberheiden | November 8, 2022 |
| 152 | Email: Ascent Pharm | November 9, 2022 |
| 153 | Letter to Nick Oberheiden from David Locher, DEA Office of Chief Counsel | November 11, 2022 |
| 154 | Letter to Nick Oberheiden from Edward Siclari, DEA Office of Chief Counsel | November 11, 2022 |
| 155 | Year-End Report for Substances Procured – Hydrocodone | December 31, 2022 |
| 156 | Year-End Report for Substances Procured – Oxycodone | December 31, 2022 |
| 157 | Email: FDA Drug Shortage Staff/ Ascentpharm / Camber | January 26, 2023 |
| 158 | Letter to Anne Milgram, DEA Administrator from Steven Bellone, Suffolk County Executive | March 23, 2023 |
| 159 | Email: Ascent Pharmaceuticals | April 6, 2023 |
| 160 | Letter to Matthew J. Strait, DEA from William H. Newman | April 6, 2023 |
| 161 | Letter to United States Senate Committee on the Judiciary from Sudhakar Vidiyala, Ascent Pharmaceuticals | April 6, 2023 |
| 162 | Email: From Ascent Pharmaceuticals,Inc. | April 10, 2023 |
| 163 | Casework Request to Senator Charles Schumer from Venkatasubramanian Jayaraman, Ascent Pharmaceuticals | April 11, 2023 |
| 164 | Email: Quota Application | April 12, 2023 |
| 165 | Email: Request for Information Regarding Ascent Pharmaceuticals Quota | April 18, 2023 |
| 166 | Email: Quota | April 19, 2023 |
| 167 | Email: Ascent Pharma Quota | April 26, 2023 |
| 168 | Email: Ascent (DEA#RA0448503) | May 16, 2023 |
| 169 | Email: Ascent (DEA#RA0448503) | May 18, 2023 |

8

| 170 | Email: Letter to DEA Registrant | May 19, 2023 |
| --- | --- | --- |
| 171 | Email: Ascent (DEA#RA0448503) | May 22, 2023 |
| 172 | Email: Re (no subject) | May 22, 2023 |
| 173 | Email: Ascent Pharmaceuticals: Request for Emergency Conference | May 24, 2023 |
| 174 | Email: Ascent | June 26, 2023 |
| 175 | Letter to Steven Bellone, Suffolk County Executive from Matthew J. Strait, Deputy Assistant Administrator, Office of Diversion Control Policy, DEA Diversion Control Division | June 28, 2023 |
| 176 | Email: Ascent Pharmaceuticals | July 1, 2023 |
| 177 | Email: FDA Drug Shortage Staff_ Request for market status for METHYLPHENIDATE HYDROCHLORIDE Tablets, EXTENDED RELEASE | July 18, 2023 |
| 178 | Letter to Senator Chuck Schumer from Joshua R. Lipman, DEA Chief of Congressional Affairs | July 20, 2023 |
| 179 | Email: 7/21/23 Ascent Pharmaceuticals Letter | July 28, 2023 |
| 180 | Email: Ascent Quota | August 4, 2023 |
| 181 | Email: Ascent Quota | August 18, 2023 |
| 182 | Email: Ascent Quota | August 24, 2023 |
| 183 | Email: ANDA APPROVAL - LISDEX CAPSULES AND TABLETS | August 25, 2023 |
| 184 | Letter to Ascent Pharmaceuticals from Edward M. Sherwood, Director, Office of Regulatory Operations, Office of Generic Drugs, FDA Center for Drug Evaluation and Research | August 25, 2023 |
| 185 | Letter to Ascent Pharmaceuticals from Edward M. Sherwood, Director, Office of Regulatory Operations, Office of Generic Drugs, FDA Center for Drug Evaluation and Research | August 25, 2023 |
| 186 | Email: FDA Drug Shortage Staff_ Request for market status for _LISDEXAMFETAMINE DIMESYLATE_ Capsule | August 28, 2023 |
| 187 | Email: Ascent - pending quota applications | August 29, 2023 |
| 188 | Email: Ascent Pharmaceuticals Meeting Request | August 30, 2023 |
| 189 | Email: Ascent Pharmaceuticals, Inc. (DEA Registration RA0448503) | September 20, 2023 |
| 190 | Order to Show Cause Issued to Ascent Pharmaceuticals, DEA Certificates of Registration RA0448503, RA0452095 | September 27, 2023 |

9

| 191 | Letter to Ascent Pharmaceuticals from Matthew J. Strait, Deputy Assistant Administrator, Office of Diversion Control Policy, DEA Diversion Control Division | September 29, 2023 |

Date: January 26, 2024

_____
Matthew J. Strait
Deputy Assistant Administrator
Office of Diversion Control Policy
DEA Diversion Control Division