# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand twenty-four.

_____

Ascent Pharmaceuticals, Inc.,

   Petitioner,

 v.

United States Drug Enforcement Administration,

   Respondent.
_____

**ORDER**

Docket No. 23-7246

  Respondent moves for an extension of time to January 26, 2024 to finalize and file the record in this matter. Petitioner consents to the motion and requests the Court revise the briefing schedule accordingly.

  IT IS HEREBY ORDERED that the motion for extension of time is GRANTED. The revised schedule is as follows: the record is due January 26, 2024; Petitioner's opening brief is due February 2, 2024; Respondent's response brief is due February 16, 2024; any reply brief must be filed by February 23, 2024.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court