UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7246

**Caption [use short title]**

**Motion for:** Extension of Time to File Brief

**Set forth below precise, complete statement of relief sought:**
Petitioner requests a three-week extension of time to file its opening brief.

Ascent Pharmaceuticals, Inc.

v.

United States Drug Enforcement Administration

**MOVING PARTY:** Ascent Pharmaceuticals, Inc.  **OPPOSING PARTY:** United States Drug Enforcement Administration

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jim Walden   **OPPOSING ATTORNEY:** Urja Mittal, Mark Stern
[name of attorney, with firm, address, phone number and e-mail]

Walden Macht & Haran LLP                          U.S. Department of Justice
250 Vesey Street, 27th Floor, New York, NY 10281  950 Pennsylvania Avenue NW, Washington, DC 20530
(212) 335-2031; jwalden@wmhlaw.com                (202) 353-4895; urja.mittal@usdoj.gov

**Court- Judge/ Agency appealed from:** United States Drug Enforcement Administration

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No   If yes, enter date:

**Signature of Moving Attorney:**
Jim Walden  *Digitally signed by Jim Walden Date: 2024.02.01 11:42:26 -05'00'*   **Date:** 02/01/2024   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ASCENT PHARMACEUTICALS, INC.,

    *Petitioner,*

    v.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

    *Respondent.*

No. 23-7246

# PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

    WALDEN MACHT & HARAN LLP
    Counsel for Petitioner
    250 Vesey Street, 27th Floor
    New York, NY 10281
    (212) 335-2030

    Dated: February 1, 2024

Petitioner Ascent Pharmaceuticals, Inc. ("Ascent") respectfully seeks an order extending its time to file its opening brief from February 2, 2024 to February 23, 2024. Respondent Drug Enforcement Administration ("DEA") does not oppose this request.

On October 3, 2023, Ascent filed a petition for review of DEA's denial of Ascent's 2023 procurement quota applications. Dkt. 1. Pursuant to Rule 17(a) of the Federal Rules of Appellate Procedure, DEA was required to file the record by November 13, 2023. DEA did not do so by that date. On January 16, 2024, the Court set a briefing schedule, whereby DEA was required to file the record by January 23, 2024, and Ascent's opening brief was due one week later, on January 30, 2024. Dkt. 38. DEA then requested an extension of three days to file the record (Dkt. 39)—which Ascent did not oppose (Dkt. 40)—and which the Court granted (Dkt. 42).

On January 26, 2024, DEA filed a Certified Index to the Administrative Record, comprised of 191 documents spanning a five-year period. Dkt. 41. The record includes year-end reports for substances procured, Automation of Reports and Consolidated Orders System ("ARCOS") reports, and correspondence over an approximate 18-month period. *Id.* Ascent has been working diligently to review the record, but given the volume of documents, Ascent requires additional time to conduct a thorough review of the documents, prepare an appendix, and file its brief.

1

Ascent respectfully requests that the Court revise the briefing schedule as follows: Ascent's time to file its merits brief will be extended from February 2, 2024 to February 23, 2024. DEA's response shall be filed by March 8, 2024. Ascent may file a reply by March 15, 2024.

Dated: New York, NY
February 1, 2024

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

By: /s/ *Jim Walden*
Jim Walden
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
jwalden@wmhlaw.com

*Counsel for Petitioner Ascent Pharmaceuticals, Inc.*

2

## **CERTIFICATE OF COMPLIANCE**

Jim Walden, an attorney of Walden Macht & Haran LLP, hereby certifies that this motion complies with the typeface and volume limitations of Rules 27 and 32 of the Federal Rules of Appellate Procedure because this motion contains 547 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d), and has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font, in accordance with Fed. R. App. P. 32(a)(5)-(6).

Dated:  New York, NY
         February 1, 2024

                                         /s/        *Jim Walden*
                                                    Jim Walden

3

## CERTIFICATE OF SERVICE

Jim Walden, an attorney at Walden Macht & Haran LLP, hereby certifies that on February 1, 2024, the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: New York, NY
        February 1, 2024

/s/     *Jim Walden*
           Jim Walden

4