# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of February, two thousand twenty-four.

Before:     Alison J. Nathan,
                *Circuit Judge,*

---

Ascent Pharmaceuticals, Inc.,            **ORDER**

           Petitioner,                         Docket No. 23-7246

    v.

United States Drug Enforcement Administration,

           Respondent.

---

       Petitioner moves for a three-week extension of the briefing schedule and proposes the following due dates: Petitioner's opening brief due February 23, 2024; Respondent's response brief due March 8, 2024; and Petitioner's reply brief due March 15, 2024.

       IT IS HEREBY ORDERED that the motion is GRANTED, on consent. The proposed schedule is SO ORDERED.

                                                         For the Court:

                                                         Catherine O'Hagan Wolfe,
                                                         Clerk of Court