# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7246

**Caption [use short title]**

**Motion for:** to Hold Petition in Abeyance

**Set forth below precise, complete statement of relief sought:**
Petitioner moves to hold the petition in abeyance for a period of 90 days. Respondent does not oppose the relief sought.

Ascent Pharmaceuticals, Inc.

v.

United States Drug Enforcement Administration

**MOVING PARTY:** Ascent Pharmaceuticals, Inc.
**OPPOSING PARTY:** United States Drug Enforcement Administration

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jim Walden
**OPPOSING ATTORNEY:** Urja Mittal, Mark Stern

*[name of attorney, with firm, address, phone number and e-mail]*

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor, New York, NY 10281
(212) 335-2031; jwalden@wmhlaw.com

U.S. Department of Justice
950 Pennsylvania Avenue NW, Washington, DC 20530
(202) 353-4895; urja.mittal@usdoj.gov

**Court- Judge/ Agency appealed from:** United States Drug Enforcement Administration

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No If yes, enter date:

**Signature of Moving Attorney:**
Jim Walden  *Digitally signed by Jim Walden Date: 2024.02.09 17:19:27 -05'00'*   **Date:** 02/09/2024   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

ASCENT PHARMACEUTICALS, INC.,

        *Petitioner,*

v.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

        *Respondent.*
_____

No. 23-7246

# PETITIONER'S UNOPPOSED MOTION TO HOLD PETITION IN ABEYANCE

WALDEN MACHT & HARAN LLP
Counsel for Petitioner
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2030

Dated: February 9, 2024

Petitioner Ascent Pharmaceuticals, Inc. ("Ascent") respectfully seeks an order holding the above-captioned petition in abeyance for a period of 90 days. Respondent Drug Enforcement Administration ("DEA") does not oppose this request.

On October 3, 2023, Ascent filed a petition for review of DEA's denial of Ascent's 2023 procurement quota applications. Dkt. 1. On January 16, 2024, the Court set a briefing schedule, whereby DEA was required to file the record by January 23, 2024, and Ascent's opening brief was due one week later, on January 30, 2024. Dkt. 38. DEA then requested an extension of three days to file the record (Dkt. 39)—which Ascent did not oppose (Dkt. 40)—and which the Court granted (Dkt. 42). On January 26, 2024, DEA filed a Certified Index to the Administrative Record, comprised of 191 documents spanning a five-year period. Dkt. 41. Given the volume of documents, Ascent moved for an extension of time to February 23, 2024 to file its opening brief. Dkt. 43. DEA did not oppose, and the Court granted the extension. Dkt. 44.

Ascent now respectfully requests to hold the petition in abeyance for a period of 90 days. Ascent is trying to resolve the matter with DEA, exploring alternate remedies, and anticipates that the petition may be withdrawn within that period.

1

Dated: New York, NY
February 9, 2024

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

By:  /s/   *Jim Walden*
Jim Walden
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
jwalden@wmhlaw.com

*Counsel for Petitioner Ascent Pharmaceuticals, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Jim Walden, an attorney of Walden Macht & Haran LLP, hereby certifies that this motion complies with the typeface and volume limitations of Rules 27 and 32 of the Federal Rules of Appellate Procedure because this motion contains 210 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d), and has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font, in accordance with Fed. R. App. P. 32(a)(5)-(6).

Dated: New York, NY
February 9, 2024

/s/ *Jim Walden*
Jim Walden

3

# CERTIFICATE OF SERVICE

Jim Walden, an attorney at Walden Macht & Haran LLP, hereby certifies that on February 9, 2024, the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: New York, NY
February 9, 2024

/s/   *Jim Walden*
Jim Walden

4