# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand twenty-four.

Before:      Alison J. Nathan,
                  *Circuit Judge,*

------

Ascent Pharmaceuticals, Inc.,

      Petitioner,

  v.

United States Drug Enforcement Administration,

      Respondent.

------

**ORDER**

Docket No. 23-7246

      Petitioner moves the Court to hold this appeal in abeyance for a period of 90 days.

      IT IS HEREBY ORDERED that the motion is GRANTED, absent objection. The appeal is held in abeyance until May 14, 2024.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

