UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| ASCENT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERRICK B. GARLAND, in his official capacity as U.S. Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, ANNE MILGRAM, in her official capacity as Administrator of DEA, TERESA A. WALLBAUM, in her official capacity as an Administrative Law Judge of DEA, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | No. 23-7246 <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

To:     The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Walden Macht & Haran LLP has changed its name to Walden Macht Haran & Williams LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice that updated email addresses will include the new domain "wmhwlaw.com," replacing "wmhlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated: New York, New York
July 1, 2024

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: _____
Jim Walden
250 Vesey Street, 27th Floor
New York, New York 10281
Tel.: (212) 335-2030
jwalden@wmhwlaw.com

*Counsel for Petitioner Ascent Pharmaceuticals, Inc.*