UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ASCENT PHARMACEUTICALS, INC.,

     *Petitioner,*      No. 23-7246

     v.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

     *Respondent.*

## STIPULATION AND AGREEMENT OF DISMISSAL

| | |
|---|---|
| URJA MITTAL | WALDEN MACHT HARAN & |
| MARK B. STERN | WILLIAMS LLP |
| Counsel for Respondent | Counsel for Petitioner |
| Attorneys, Appellate Staff | 250 Vesey Street, 27th Floor |
| Civil Division, Room 7248 | New York, NY 10281 |
| U.S. Department of Justice | (212) 335-2030 |
| 950 Pennsylvania Avenue NW | |
| Washington, DC 20530 | Dated: July 1, 2024 |
| (202) 353-4895 | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that (i) Petitioner Ascent Pharmaceuticals, Inc. ("Ascent"), pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, voluntarily dismisses the above-captioned petition with prejudice, and (ii) the parties will cover their own costs related to this matter.

Dated:　　New York, NY
　　　　　July 1, 2024

| U.S. DEPARTMENT OF JUSTICE | WALDEN MACHT HARAN & WILLIAMS LLP |
|---|---|
| /s/ *Urja Mittal* <br> By: Urja Mittal <br> Attorney, Appellate Staff <br> Civil Division, Room 7248 <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br> (202) 353-4895 <br> Urja.mittal@usdoj.gov <br><br> *Counsel for Respondent Drug Enforcement Administration* | /s/ *Jim Walden* <br> By: Jim Walden <br> jwalden@wmhwlaw.com <br> 250 Vesey St, 27th Floor <br> New York, New York 10281 <br> Tel: (212) 335-2031 <br> Fax: (212) 335-2040 <br><br> *Counsel for Petitioner Ascent Pharmaceuticals, Inc.* |

1

## CERTIFICATE OF SERVICE

      Jim Walden, an attorney at Walden Macht Haran & Williams LLP, hereby certifies that on July 1, 2024, the foregoing stipulation and agreement was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated:  New York, NY
          July 1, 2024

/s/ _____
                            Jim Walden